# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DISABILITY RIGHTS WISCONSIN, INC.,**

        Plaintiff,

        V.          CASE NUMBER: **06-C-813**

**WALWORTH COUNTY BOARD OF SUPERVISORS,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion to dismiss, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, because the plaintiff lacks standing to bring the action, is GRANTED.**
**This action is hereby DISMISSED.**

    **March 14, 2007**                            **JON W. SANFILIPPO**
Date                                                  Clerk

                                                         s/ Linda M. Zik
                                                         (By) Deputy Clerk